# EXHIBIT A

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008615728 | The Incendiaries | R. O. Kwon | R. O. Kwon |
| RE0000165078 | Der Graf Luna | Alexander Lernet-Holenia | Alexander Dreihann-Holenia |
| TX0008439055 | All the Agents and Saints: Dispatches from the U.S. Borderlands | Stephanie Elizondo Griest | Stephanie Griest |
| TX0008982538 | America on Fire: The Untold History of Police Violence and Black Rebellion Since the 1960s | Elizabeth Hinton | Elizabeth Hinton |
| TX0008316419 | From the War on Poverty to the War on Crime: The Making of Mass Incarceration in America | Elizabeth Hinton | Elizabeth Hinton |
| TX0007824557 | The Music Producer's Survival Guide | Brian Jackson | Brian Jackson |
| TX0007919229 | The Music Producer's Survival Stories | Brian Jackson | Brian Jackson |
| TX0006583902 | Trading Rules that Work: The 28 Essential Lessons Every Trader Must Master | Jason Alan Jankovsky | Jason Alan Jankovsky |
| TX0007387419 | The Art of the Trade: What I Learned (and Lost) Trading the Chicago Futures Market | Jason Alan Jankovsky | Jason Alan Jankovsky |
| TX0007388760 | Time Compression Trading | Jason Alan Jankovsky | Jason Alan Jankovsky |
| TX0005704321 | Robert Rauschenberg | Branden W. Joseph | Branden W. Joseph |
| TX0007035360 | Beyond the Dream Syndicate: Tony Conrad and the Arts after Cage | Branden W. Joseph | Branden W. Joseph |
| TX0008067760 | Dealing in Desire: Asian Ascendancy, Western Decline, and the Hidden Currencies of Global Sex Work | Kimberly Kay Hoang | Kimberly Kay Hoang |
| TX0007270279 | Lost Knowledge of the Ancients | Glenn Kreisberg | Glenn Kreisberg |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0007659600 | Mysteries of the Ancient Past | Glenn Kreisberg | Glenn Kreisberg |
| TX0008573686 | Spirits in Stone | Glenn Kreisberg | Glenn Kreisberg |
| TXU001859386 | Making Light in Terezin (The Show Helps Us Go On) | Richard Krevolin | Richard Krevolin |
| TXU002165157 | Filtered | G.K. Lamb | Gerald Lamb |
| TX0004039516 | Native Speaker | Chang-rae Lee | Chang-rae Lee |
| TX0005083588 | A Gesture Life | Chang-rae Lee | Chang-rae Lee |
| TX0005947979 | Aloft | Chang-rae Lee | Chang-rae Lee |
| TX0007183491 | The Surrendered | Chang-rae Lee | Chang-rae Lee |
| TX0007820870 | On Such A Full Sea | Chang-rae Lee | Chang-rae Lee |
| TX0009007099 | My Year Abroad | Chang-rae Lee | Chang-rae Lee |
| TX0006841833 | Guerrilla Networking | Jay Conrad Levinson, Monroe Mann | Jeannie Levinson |
| TX0008242241 | How to Get a Meeting with Anyone | Stu Heinecke | Jeannie Levinson |
| TXU001240585 | Guerrilla Marketing Research | Jay Conrad Levinson, Robert J. Kaden | Jeannie Levinson |
| TXU001658296 | Guerrilla Profits | Dan Kennedy, Jay Conrad Levinson, Stuart Burkow | Jeannie Levinson |
| TX0007212053 | Guerrilla Marketing for Nonprofits: 250 Tactics to Promote, Recruit, Motivate, and Raise More Money | Chris Forbes, Frank Adkins, Jay Levinson | Jeannie Levinson |
| TX0007433208 | Guerrilla Marketing Remix: The Best of Guerrilla Marketing | Jay Levinson, Jeannie Levinson | Jeannie Levinson |
| TX0007910845 | Guerrilla Marketing in 30 Days | Jay Conrad Levinson; Al Lautenslager | Jeannie Levinson |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0000382307 | Earning Money Without a Job | Jay Conrad Levinson | Jeannie Levinson |
| TX0003070589 | Guerrilla financing: alternative techniques to finance any small business | Bruce Jan Blechman; Jay Conrad Levinson | Jeannie Levinson |
| TX0003485111 | Guerrilla Marketing Excellence: The 50 Golden Rules for Small-business Success | Jay Conrad Levinson | Jeannie Levinson |
| TX0004955093 | Get Clients Now!: A 28-day Marketing Program for Professionals and Consultants | C. J. Hayden | Jeannie Levinson |
| TX0005268130 | Guerrilla Marketing for Writers | Jay Conrad Levinson, Michael Larsen, Rick Frishman | Jeannie Levinson |
| TX0006000029 | Guerrilla Travel Tactics: Hundreds of Simple Strategies Guaranteed to Save Road Warriors Time and Money | Jay Conrad Levinson, Theo Brandt-Sarif | Jeannie Levinson |
| TX0006066759 | Guerrilla Marketing for Consultants: Breakthrough Tactics for Winning Profitable Clients | Jay Conrad Levinson, Michael W. McLaughlin | Jeannie Levinson |
| TX0006268670 | Guerrilla Marketing for Job Hunters | David E. Perry, Jay Conrad Levinson | Jeannie Levinson |
| TX0006599293 | Guerrilla Marketing: Put Your Advertising on Steroid. | Jay Conrad Levinson | Jeannie Levinson |
| TX0007106850 | Guerrilla Marketing for Job Hunters 2.0 | David E. Perry, Jay Conrad Levinson | Jeannie Levinson |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0007139261 | Guerrilla Marketing Goes Green | Jay Conrad Levinson, Shel Horowitz | Jeannie Levinson |
| TX0007428722 | Guerrilla Marketing for Job Hunters 3. 0 | David E. Perry, Jay Conrad Levinson | Jeannie Levinson |
| TX0007919152 | Dance of Death: The Life of John Fahey, American Guitarist | Steve Lowenthal, David Fricke | Steven Lowenthal |
| TX0007191807 | Mackenzie Blue: The Secret Crush | Tina Wells, Michael Segawa | Mackenzie Blue LLC |
| TX0007979631 | Careers In Health Information Technology | Brian T. Malec | Brian Malec |
| TX0008909661 | Lupe Wong Won't Dance | Donna Barba Higuera | Donna Matney |
| TX0006988172 | A Short History of the Honey Bee | Ilona McCarty; Edward Readicker-Henderson | Ilona McCarty |
| TX0008357389 | THE SUMMER THAT MELTED EVERYTHING | Tiffany McDaniel | Tiffany McDaniel |
| TX0009011770 | BETTY | Tiffany McDaniel | Tiffany McDaniel |
| TX0008458072 | The One Device: The Secret History of the iPhone | Brian Merchant | Brian Merchant |
| TX0006897637 | American Inquisition: The Hunt for Japanese American Disloyalty in World War II | Eric L. Muller | Eric L. Muller |
| TX0007583269 | Colors of Confinement: Rare Kodachrome Photographs of Japanese American Incarceration in World War II | Eric L. Muller | Eric L. Muller |
| TX0007877654 | Enrique's Journey | Sonia Nazario | Sonia Nazario |
| TX0008046774 | HALF-RESURRECTION BLUES | Daniel José Older | Daniel José Older |
| TX0008386878 | BATTLE HILL BOLERO | Daniel José Older | Daniel José Older |
| TX0008535087 | Shadowhouse Fall | Daniel José Older | Daniel José Older |
| TX0008678875 | Dactyl Hill Squad | Daniel José Older | Daniel José Older |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
| TX0008829626 | The Book of Lost Saints | Daniel José Older | Daniel José Older |
| TX0008986531 | SHADOWSHAPER LEGACY | Daniel José Older | Daniel José Older |
| TX0007954698 | Renegade Dreams: Living Through Injury in Gangland Chicago | Laurence Ralph | Laurence Ralph |
| TX0008950471 | The Torture Letters: Reckoning with Police Violence | Laurence Ralph | Laurence Ralph |
| TX0008408046 | The Education of Margot Sanchez | Lilliam Rivera | Lilliam Rivera |
| TX0008780263 | Dealing in Dreams | Lilliam Rivera | Lilliam Rivera |
| TX0008987018 | Never Look Back | Lilliam Rivera | Lilliam Rivera |
| TX0007200633 | Barron's AP European History | Seth A. Roberts | Seth A. Roberts |
| TX0008804116 | The Moon Within | Aida Salazar | Aida Salazar |
| TX0008442982 | Lessons on Expulsion | Erika L. Sanchez | Erika L. Sanchez |
| TX0008576678 | I Am Not Your Perfect Mexican Daughter | Erika L. Sanchez | Erika L. Sanchez |
| TX0008748979 | Make It Work | Tony Gaskins Jr | Soul Writers, LLC |
| TX0008035958 | Epic Measures | Jeremy N. Smith | Jeremy N. Smith |
| TX0008709665 | Breaking and Entering | Jeremy N. Smith | Jeremy N. Smith |
| TX0008403888 | Whose Global Village?: Rethinking How Technology Shapes Our World | Ramesh Srinivasan | Ramesh Srinivasan |
| TX0008860038 | Beyond the Valley: How Innovators around the World are Overcoming Inequality and Creating the Technologies of Tomorrow | Ramesh Srinivasan | Ramesh Srinivasan |
| TX0007461866 | I Want My MTV | Rob Tannenbaum; Craig Marks | Robert Tannenbaum |
| TXU001895435 | Katana Shodan | Ken Warner | Kenneth Warner |
| TX0005794008 | Leaving Earth: Space Stations, Rival | Robert Zimmerman | Robert Zimmerman |

| Copyright Registration Number | Title of Work | Name of Author(s) | Plaintiff |
|---|---|---|---|
|  | Superpowers, and the quest for interplanetary travel |  |  |
| TX0007005619 | The Universe in a Mirror: the saga of the Hubble Space Telescope and the visionaries who built it | Robert Zimmerman | Robert Zimmerman |