Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

*[Additional counsel listed on signature page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

Case No. 5:26-cv-04649-NW

NOTICE OF ERRATA RE JOINT STIPULATION TO STAY DEADLINES AND PROCEEDINGS

R.O. KWON, ALEXANDER DREIHANN-HOLENIA, STEPHANIE GREIST, ELIZABETH HINTON, BRIAN JACKSON, JASON ALAN JANKOVSKY, BRANDEN W. JOSEPH, KIMBERLY KAY HOANG, GLENN KREISBERG, RICHARD KREVOLIN, GERALD LAMB, CHANG-RAE LEE, JEANNIE LEVINSON, STEVEN LOWENTHAL, MACKENZIE BLUE LLC, BRAIN MALEC, ILONA MCCARTY, TIFFANY MCDANIEL, BRIAN MERCHANT, ERIC L. MULLER, SONIA NAZARIO, DANIEL JOSÉ OLDER, LAURENCE RALPH, LILLIAM RIVERA, SETH A. ROBERTS, AIDA SALAZAR, ERIKA L. SANCHEZ, JEREMY N. SMITH, SOUL WRITERS, LLC, RAMESH SRINIVASAN, ROBERT TANNENBAUM, KENNETH WARNER, AND ROBERT ZIMMERMAN,

   Plaintiffs,

  v.

ANTHROPIC PBC,

   Defendant.

Case No. 5:26-cv-04649-NW

**NOTICE OF ERRATA RE JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINES AND PROCEEDINGS AND TO RELATE CASES AGAINST ANTHROPIC PBC**

Complaint Filed: May 15, 2026

Judge: Hon. Noel Wise

The Joint Stipulation and Proposed Order to Stay Deadlines and Proceedings and to Relate Cases Against Anthropic PBC (ECF No. 14) referred to *Chicken Soup for the Soul, LLC v. Anthropic PBC* with an incorrect docket number, and to *Cognella, Inc. v. Anthropic PBC*, *Cruz et al v. Anthropic PBC*, *Kwon et al v. Anthropic PBC* with incorrect assigned judge initials. Attached is the corrected version of the Joint Stipulation, which makes corrections on page 1 at lines 18, 20, 27-28, and page 2 at line 1. The correct docket numbers for those cases are:

- *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 26-cv-04218-HSG (N.D. Cal.);

- *Cognella, Inc. v. Anthropic PBC*, Case No. 26-cv-04056-RFL (N.D. Cal.);

- *Cruz et al v. Anthropic PBC*, Case No. 26-cv-04482-JSC (N.D. Cal.);

- *Kwon et al v. Anthropic PBC*, Case No. 26-cv-04649-NW (N.D. Cal.).

NOTICE OF ERRATA RE JOINT STIPULATION

DATED: June 23, 2026

*/s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

NOTICE OF ERRATA RE JOINT STIPULATION