Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
**STRIS & MAHER LLP**
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

Bridget Asay (*pro hac vice*)
basay@stris.com
**STRIS & MAHER LLP**
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

*[Additional counsel listed on signature page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

Case No. 5:26-cv-04649-NW

CORRECTED JOINT STIPULATION TO STAY DEADLINES AND PROCEEDINGS

R.O. KWON, ALEXANDER DREIHANN-HOLENIA, STEPHANIE GREIST, ELIZABETH HINTON, BRIAN JACKSON, JASON ALAN JANKOVSKY, BRANDEN W. JOSEPH, KIMBERLY KAY HOANG, GLENN KREISBERG, RICHARD KREVOLIN, GERALD LAMB, CHANG-RAE LEE, JEANNIE LEVINSON, STEVEN LOWENTHAL, MACKENZIE BLUE LLC, BRAIN MALEC, ILONA MCCARTY, TIFFANY MCDANIEL, BRIAN MERCHANT, ERIC L. MULLER, SONIA NAZARIO, DANIEL JOSÉ OLDER, LAURENCE RALPH, LILLIAM RIVERA, SETH A. ROBERTS, AIDA SALAZAR, ERIKA L. SANCHEZ, JEREMY N. SMITH, SOUL WRITERS, LLC, RAMESH SRINIVASAN, ROBERT TANNENBAUM, KENNETH WARNER, AND ROBERT ZIMMERMAN,

        Plaintiffs,

    v.

ANTHROPIC PBC,

        Defendant.

Case No. 5:26-cv-04649-NW

**CORRECTED JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DEADLINES AND PROCEEDINGS AND TO RELATE CASES AGAINST ANTHROPIC PBC**

Complaint Filed: May 15, 2026

Judge: Hon. Noel Wise

Case No. 5:26-cv-04649-NW

CORRECTED JOINT STIPULATION

Plaintiffs R. O. Kwon, Alexander Dreihann-Holenia, Stephanie Griest, Elizabeth Hinton, Brian Jackson, Jason Alan Jankovsky, Branden W. Joseph, Kimberly Kay Hoang, Glenn Kreisberg, Richard Krevolin, Gerald Lamb, Chang-rae Lee, Jeannie Levinson, Steven Lowenthal, Mackenzie Blue LLC, Brian Malec, Ilona McCarty, McDaniel, Brian Merchant, Eric L. Muller, Sonia Nazario, Daniel José Older, Laurence Ralph, Lilliam Rivera, Seth A. Roberts, Aida Salazar, Erika L. Sanchez, Jeremy N. Smith, Soul Writers, LLC, Ramesh Srinivasan, Robert Tannenbaum, Kenneth Warner, and Robert Zimmerman (collectively "Plaintiffs") and Defendant Anthropic PBC ("Anthropic") through their undersigned counsel, hereby stipulate and declare as follows:

WHEREAS, on May 15, 2026, Plaintiffs filed suit against Anthropic alleging that Anthropic infringed their copyrighted works to build and train Anthropic's artificial intelligence large language models ("LLMs") (Dkt. 1);

WHEREAS, prior to the filing of this case, Plaintiffs' counsel, on behalf of six other plaintiffs pursuing copyright infringement and related allegations that are similar to the allegations in this case, filed another case, *Cambronne Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:25-cv-10897-PCP (N.D. Cal.), against those Defendants;

WHEREAS, Plaintiffs' counsel has also commenced additional cases on behalf of additional plaintiffs with allegations similar to the allegations in this case: *Cognella, Inc. v. Anthropic PBC*, Case No. 3:26-cv-04056-RFL (N.D. Cal.) (complaint filed May 4, 2026); *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.) (complaint filed May 7, 2026); and *Cruz et al. v. Anthropic PBC,* Case No. 5:26-cv-04482-JSC (N.D. Cal.) (complaint filed May 13, 2026);

WHEREAS, on June 8, 2026, the Court in *Cambronne Inc., et al. v. Anthropic PBC*, Case No. 5:25-cv-10897-PCP (N.D. Cal.) ordered that that "matter will go forward against Anthropic alone" (Dkt. 195, at 4 n.4);

WHEREAS, the Parties have agreed to stipulate to relate the following cases to *Cambronne Inc., et al. v. Anthropic PBC*, Case No. 5:25-cv-10897-PCP (N.D. Cal.): *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 4:26-cv-04218-HSG (N.D. Cal.), *Cognella v. Anthropic PBC*, Case No. 26-cv-04056-RFL (N.D. Cal.), *Cruz et al v. Anthropic PBC*, Case No. 26-cv-04482-JSC (N.D.

CORRECTED JOINT STIPULATION

Cal.), and *Kwon et al v. Anthropic PBC*, Case No. 26-cv-04649-NW (N.D. Cal.) (together, "Related Cases");

WHEREAS, the Parties agree this stipulation does not waive any claim, right, or defense;

THEREFORE, the Parties, by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE, as follows:

1.      All deadlines and proceedings in this case are stayed for fourteen (14) days to permit the Parties time to file a motion to relate this case to *Cambronne Inc., et al. v. Anthropic PBC, et al.*, Case No. 5:25-cv-10897-PCP (N.D. Cal.), and to discuss a joint case management order as to the Related Cases.

**IT IS SO STIPULATED.**

Case No.  5:26-cv-04649-NW
CORRECTED JOINT STIPULATION

DATED:  June 23, 2026

*/s/ Elizabeth Brannen*

**STRIS & MAHER LLP**
Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Bridget Asay (*pro hac vice*)
basay@stris.com
15 East State Street, Ste 2
Montpelier, VT 05602
T: (802) 858-4285

Christopher M. Rigali (*pro hac vice*)
crigali@stris.com
Jacqueline Sahlberg (*pro hac vice*)
jsahlberg@stris.com
1717 K St NW Ste 900
Washington, DC 20006
T: (202) 800-5749

**FREEDMAN NORMAND FRIEDLAND LLP**
Devin (Velvel) Freedman (*pro hac vice forthcoming*)
vel@fnf.law
Kyle Roche (*pro hac vice forthcoming*)
kroche@fnf.law
Alex Potter (*pro hac vice forthcoming*)
apotter@fnf.law
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

3                              Case No.  5:26-cv-04649-NW

DATED:  June 23, 2026

*/s/ Yar R. Chaikovsky*

**WHITE & CASE LLP**
Yar R. Chaikovsky
yar.chaikovsky@whitecase.com
Andy LeGolvan
andy.legolvan@whitecase.com
Amir Jabbari
amir.jabbari@whitecase.com
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Anna B. Naydonov (pro hac vice)
anna.naydonov@whitecase.com
Mark Davies (pro hac vice)
mark.davies@whitecase.com
701 13th St NW # 600
Washington, DC 2005-3807
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendant Anthropic PBC*

CORRECTED JOINT STIPULATION

## L.R. 5-1 SIGNATURE ATTESTATION

As the ECF user whose user ID and password are utilized in the filing of this document, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED:  June 23, 2026                         */s/ Elizabeth Brannen*
                                                 Elizabeth Brannen (SBN 226234)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __June 24__, 2026

_____

Hon. Noel Wise

United States District Judge