Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.O. KWON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:26-cv-04649-PCP <br><br> Related Cases: <br><br> Case No. 5:25-cv-10897-PCP (*lowest numbered case*) <br><br> Case No. 5:26-cv-04218-PCP <br><br> Case No. 5:26-cv-04056-PCP <br><br> Case No. 5:26-cv-04482-PCP <br><br> **NOTICE OF MOTION; PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE AND HEARING DATE (L.R. 7-11)** <br><br> [Civ. L. R. 7-11] |

NOTICE OF MOTION; PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE AND HEARING DATE

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs hereby move for consolidated briefing and hearing date on any motions to dismiss as to the following related cases: *Cognella, Inc. v. Anthropic PBC*, Case No. 5:26-cv-04056-PCP (N.D. Cal., filed May 4, 2026, "*Cognella*"), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 5:26-cv-04218-PCP (N.D. Cal., filed May 7, 2026, "*Chicken Soup*"), *Cruz et al v. Anthropic PBC*, Case No. 5:26-cv-04482-PCP (N.D. Cal., filed May 13, 2026, "*Cruz*"), *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-PCP (N.D. Cal., filed May 15, 2026, *Kwon*) and *Cambronne, Inc. et al. v. Anthropic PBC.*, Case No. 5:25-cv-10897-PCP ("*Cambronne*") (altogether, the "Related Cases").

As reflected in the supporting Declaration, counsel for Defendant Anthropic PBC ("Anthropic") informed undersigned counsel that Anthropic will oppose this motion. Brannen Decl., ¶ 2.

## I.    The Related Cases Warrant Consolidated Briefing and Hearing Date

On June 30, 2026, the Court ordered that the Related Cases be related. *Cambronne* Dkt. 200. That order makes sense, including because:

1.    The Defendant Anthropic is common in all of the Related Cases.

2.    Plaintiffs in *Cambronne*, *Cognella*, *Chicken Soup*, *Cruz*, and *Kwon* are represented by the same attorneys.

3.    By and large, the factual allegations and legal claims in the Related Cases are overlapping. Plaintiffs in the Related Cases allege that Defendant Anthropic, developer of commercial large language models ("LLMs"), engaged in copyright infringement in violation of 17 U.S.C. § 501 by copying, downloading, reproducing, ingesting, parsing, embedding, and using pirated copies of Plaintiffs' works in the development, training, fine-tuning, and deployment of its LLMs. Plaintiffs also allege that Defendant Anthropic relied on pirate libraries and pirated datasets in its scheme to use Plaintiffs' copyrighted works without authorization.

Consistent with Local Rule 3-12, and because the Related Cases concern substantially the same legal and factual issues, conducting these cases before a single judge avoids "unduly burdensome duplication of labor and expense or conflicting results." Civ. L.R. 3-12(a)(2).

In *Cambronne*, Plaintiffs and Anthropic stipulated to the following briefing schedule as to any motion to dismiss:

| Event | Proposed Date |
|---|---|
| Anthropic must answer or otherwise respond to the operative complaint (including motions to dismiss) | July 30, 2026 |
| Plaintiffs respond to any motions to dismiss | September 28, 2026 |
| Reply briefs in support of motions to dismiss | October 19, 2026 |
| Hearing | December 10, 2026 |

The parties in *Cognella*, *Chicken Soup*, *Cruz*, and *Kwon* agreed to a 14-day stay to permit the parties, *inter alia*, to discuss a joint case management order as to each related case. As of the time of filing this administrative motion, the parties have reached an impasse as to the appropriate schedule for briefing on any motions to dismiss and hearing in the Related Cases. Even though Plaintiffs have offered additional pages to address work-specific defenses, Anthropic opposes consolidated briefing, instead insisting on filing separate motions to dismiss in each of the five Related Cases. *See* Brannen Decl., ¶ 2; *id.* Ex A.

To avoid unduly burdening the Court and the parties, Plaintiffs in each of the Related Cases seek consolidated briefing and hearing date on the following schedule:

| Event | Proposed Date |
|---|---|
| Anthropic must answer or otherwise respond to the operative complaint in each of the Related Cases (including motions to dismiss); All motions to dismiss as to the Related Cases must be supported by a single, consolidated memorandum of points and authorities | August 13, 2026 |

NOTICE OF MOTION; PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE AND HEARING DATE

| | |
|---|---|
| Plaintiffs in each of the Related Cases respond to any motions to dismiss; All responses to any motions to dismiss as to the Related Cases must be supported by a single, consolidated memorandum of points and authorities | September 28, 2026 |
| Reply brief in support of motions to dismiss; All replies in support of motions to dismiss as to the Related Cases must be supported by a single, consolidated memorandum of points and authorities | October 19, 2026 |
| Hearing on any motions to dismiss filed in the Related Cases | December 10, 2026 |

## II.    Conclusion

For the reasons set forth above, Plaintiffs request consolidated briefing and hearing date on any motions to dismiss in the Related Cases, *i.e.*, *Cognella, Inc. v. Anthropic PBC*, Case No. 5:26-cv-04056-PCP (N.D. Cal.), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 5:26-cv-04218-PCP (N.D. Cal.), *Cruz et al v. Anthropic PBC*, Case No. 5:26-cv-04482-PCP (N.D. Cal.), *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-PCP (N.D. Cal.), and *Cambronne, Inc. et al. v. Anthropic PBC.*, Case No. 5:25-cv-10897-PCP, as set forth above.

Dated:  July 24, 2026

Respectfully submitted,

*/s/ Elizabeth Brannen*

Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Devin (Velvel) Freedman (*pro hac vice*
forthcoming)
vel@fnf.law
Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

NOTICE OF MOTION; PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CONSOLIDATED BRIEFING
SCHEDULE AND HEARING DATE