Elizabeth Brannen (SBN 226234)
ebrannen@stris.com
John Stokes (SBN 310847)
jstokes@stris.com
Lauren Martin (SBN 294367)
lmartin@stris.com
**STRIS & MAHER LLP**
17785 Center Court Dr N, Ste 600
Cerritos, CA 90703
T: (213) 995-6800
F: (213) 261-0299

Kyle Roche (*pro hac vice* forthcoming)
kroche@fnf.law
Devin (Velvel) Freedman (*pro hac vice* forthcoming)
vel@fnf.law
Alex Potter (*pro hac vice* forthcoming)
apotter@fnf.law
**FREEDMAN NORMAND
FRIEDLAND LLP**
155 E. 44th Street, Ste 915
New York, NY 10017
T: (646) 494-2900

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.O. KWON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTHROPIC PBC, <br><br> Defendant. | Case No. 5:26-cv-04649-PCP <br><br> Related Cases: <br><br> Case No. 5:25-cv-10897-PCP (*lowest numbered case*) <br><br> Case No. 5:26-cv-04218-PCP <br><br> Case No. 5:26-cv-04056-PCP <br><br> Case No. 5:26-cv-04482-PCP <br><br> **DECLARATION OF ELIZABETH BRANNEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CONSOLIDATED BRIEFING SCHEDULE AND HEARING DATE (L.R. 7-11)** <br><br> [Civ. L. R. 7-11] |

I, Elizabeth Brannen, declare as follows:

1.    I am a partner at Stris & Maher LLP and counsel of record for Plaintiffs in *Cognella, Inc. v. Anthropic PBC*, Case No. 5:26-cv-04056-PCP (N.D. Cal., filed May 4, 2026, "*Cognella*"), *Chicken Soup for the Soul, LLC v. Anthropic PBC*, Case No. 5:26-cv-04218-PCP (N.D. Cal., filed May 7, 2026, "*Chicken Soup*"), *Cruz et al v. Anthropic PBC*, Case No. 5:26-cv-04482-PCP (N.D. Cal., filed May 13, 2026, "*Cruz*"), *Kwon et al v. Anthropic PBC*, Case No. 5:26-cv-04649-PCP (N.D. Cal., filed May 15, 2026, *Kwon*) and *Cambronne, Inc. et al. v. Anthropic PBC.*, Case No. 5:25-cv-10897-PCP ("*Cambronne*") (altogether, the "Related Cases"). I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiffs' Administrative Motion To Set Consolidated Briefing Schedule And Hearing Date.

2.    Plaintiffs in each of the Related Cases sought Anthropic's consent for consolidated briefing and hearing date on any motions to dismiss Anthropic may file in each of the Related Cases. Consistent with Local Rule 3-12 and the order relating the Related Cases, and to avoid unduly burdening the Court and the parties, Plaintiffs in each of the Related Cases seek consolidated briefing and hearing date on any motions to dismiss Anthropic may file in the Related Cases. Even though Plaintiffs have offered additional pages for Anthropic to address work-specific defenses, Anthropic opposes consolidated briefing, instead insisting on filing separate motions to dismiss in each of the five Related Cases. *See* Ex. A. Given these circumstances, Plaintiffs are proceeding by way of Administrative Motion rather than by stipulation.

3.    Attached hereto as **Exhibit A** is a true and correct copy of an email from Amir Jabbari to Elizabeth Brannen, and others, dated July 20, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 24, 2026                              Respectfully submitted,

                                                                 */s/ Elizabeth Brannen*
                                                                 Elizabeth Brannen

DECLARATION OF ELIZABETH BRANNEN ISO PLAINTIFFS' ADMIN. MOTION RE: CONSOLIDATED BRIEFING AND HEARING