# EXHIBIT A

 Outlook

## RE: Cambronne - MTD Briefing Schedules

**From** Jabbari, Amir <amir.jabbari@whitecase.com>

**Date** Mon 7/20/2026 4:42 PM

**To** Alex Potter <apotter@fnf.law>; Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Christopher Rigali <crigali@stris.com>; John Super <jsuper@fnf.law>; Stephen Lagos <slagos@fnf.law>

**Cc** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>

**[EXTERNAL SENDER]**

Alex,

The joint stipulation (Dkt. 199-1) you refer to does not reflect a stipulation to a joint case management order. Its recital simply summarizes the per-case stay stipulations the parties filed in each related case. Those stipulations, e.g., Cognella Dkt. 23, stayed each case for fourteen days for two purposes: to file the relation motion, and to discuss a joint case management order as to each related case.

The only briefing schedule the parties stipulated to is in Dkt. 198. By its terms, that schedule governs "this case (Cambronne)," not the related cases. The parties never stipulated to a joint or consolidated briefing schedule across five actions.

Anthropic is glad to coordinate case management, and my July 7 proposal does exactly that: staggered briefing with a common hearing date. What Anthropic will not do is brief five separate Rule 12 motions as one. Relation does not merge these cases. They remain five separate actions Plaintiffs chose to file, each with its own plaintiffs, complaint, and asserted works.

If Plaintiffs press for consolidated briefing over Anthropic's objection, the vehicle is an administrative motion under Civil Local Rule 7-11, and Anthropic will oppose. If Plaintiffs accept the July 7 schedule, please circulate a stipulation and we will turn it promptly.

Best,

Amir

**Amir Jabbari** | Associate
**T** +1 6505196488    **E** amir.jabbari@whitecase.com
White & Case LLP | 3000 El Camino Real | 2 Palo Alto Square, Suite 900 | Palo Alto, CA 94306-2109
**WHITE & CASE**

---

**From:** Alex Potter <apotter@fnf.law>
**Sent:** Tuesday, July 14, 2026 3:22 PM
**To:** Jabbari, Amir <amir.jabbari@whitecase.com>; Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Christopher Rigali <crigali@stris.com>; John Super <jsuper@fnf.law>; Stephen Lagos <slagos@fnf.law>
**Cc:** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>
**Subject:** [EXT] Re: Cambronne - MTD Briefing Schedules

Amir,

The parties stipulated to a "joint case management order" regarding the related cases (Dkt. 199-1) - we do not understand why the parties would not submit a

proposed joint case management order that laid out our respective positions on the briefing schedule instead of engaging in motion practice. Please let us know if you will reconsider your position.

Best,

Alex

Alex Potter
*Partner*
**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(t) 646.350.0527
(f) 646.392.8842
(m) 425.478.3870
(@) apotter@fnf.law

**From:** Jabbari, Amir <amir.jabbari@whitecase.com>
**Date:** Friday, July 10, 2026 at 12:05 PM
**To:** Alex Potter <apotter@fnf.law>; Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Christopher Rigali <crigali@stris.com>; John Super <jsuper@fnf.law>
**Cc:** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>
**Subject:** RE: Cambronne - MTD Briefing Schedules

**[EXTERNAL SENDER]**

Alex,

Plaintiffs chose to file five separate actions, each with its own plaintiffs, complaint, and asserted works. Rule 12 entitles Anthropic a separate response to each one. Relating cases under Civil Local Rule 3-12 does not merge them or dictate how Anthropic responds to each pleading. Extra pages do not solve Anthropic's prejudice, and Plaintiffs do not decide what "should suffice" for Anthropic's defense.

Our offer of a single hearing stands, but it follows the close of briefing in all five cases. The last reply under our July 7 schedule is due November 30, 2026, ten days before December 10. January 7, 2027 remains our proposal. If Plaintiffs prefer December 10, we will keep that date for *Cambronne* and hear the other motions as proposed.

We believe a proper vehicle for this dispute is for Plaintiffs to file an administrative motion under Civil Local Rule 7-11. If instead Plaintiffs decide to accept the schedule in my July 7 email, please circulate a stipulation and we will turn it promptly.

Best,

Amir



**Amir Jabbari** | Associate

**T** +1 6505196488    **E** amir.jabbari@whitecase.com

White & Case LLP | 3000 El Camino Real | 2 Palo Alto Square, Suite 900 | Palo Alto, CA 94306-2109

**WHITE & CASE**

---

**From:** Alex Potter <apotter@fnf.law>
**Sent:** Thursday, July 9, 2026 4:49 PM
**To:** Jabbari, Amir <amir.jabbari@whitecase.com>; Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Christopher Rigali <crigali@stris.com>; John Super <jsuper@fnf.law>
**Cc:** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>
**Subject:** [EXT] Re: Cambronne - MTD Briefing Schedules

Amir,

Given the substantial similarity in the allegations, we do not agree with your assertion that Anthropic's defense would primarily turn on facts specific to each plaintiff and each work or how its defenses would change if we had filed a single complaint, and we disagree with your proposal. These cases were related by Judge Pitts because, as the parties stipulated, the legal and factual issues are overlapping. It would be inefficient and unnecessary to provide hundreds of pages of overlapping motion to dismiss briefing to the Court across these matters. Extra pages if you need them should suffice.

We do appreciate Anthropic's willingness to hold a single hearing and we think that should happen on December 10th.

We think that a consolidated joint submission laying out the parties' positions would be the most efficient path forward to avoid overlapping and competing administrative motions and we will put one together that sets forth our position and leaves space for yours - but if you disagree or have any suggestions on how to streamline the administrative motion practice please let us know.

Best,

Alex

Alex Potter
*Partner*
_____

4

**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(t) 646.350.0527
(f) 646.392.8842
(m) 425.478.3870
(@) apotter@fnf.law

**From:** Jabbari, Amir <amir.jabbari@whitecase.com>
**Date:** Wednesday, July 8, 2026 at 7:36 PM
**To:** Alex Potter <apotter@fnf.law>; Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Christopher Rigali <crigali@stris.com>; John Super <jsuper@fnf.law>
**Cc:** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>
**Subject:** RE: Cambronne - MTD Briefing Schedules
[EXTERNAL SENDER]

Alex,

Thanks for the note. We cannot agree to consolidated briefing. These are five separate actions, and Plaintiffs chose to file them that way. Each case has its own complaint, its own plaintiffs, and its own asserted works, and Anthropic's defenses turn on facts specific to each plaintiff and each work.  As a compromise, we are willing to agree to a consolidated hearing date. We propose keeping the staggered briefing dates in my July 7 email and setting a single hearing on all five motions for January 7, 2027, subject to the Court's availability.

If that works, please prepare a stipulation reflecting the schedule below with a common hearing date.  If Plaintiffs continue to insist on consolidated briefing, it appears that an administrative motion under Civil Local Rule 7-11 would be the most efficient way to resolve the disagreement.

Best,

Amir

**Amir Jabbari** | Associate
**T** +1 6505196488     **E** amir.jabbari@whitecase.com
White & Case LLP  |  3000 El Camino Real | 2 Palo Alto Square, Suite 900 | Palo Alto, CA 94306-2109
**WHITE & CASE**

**From:** Alex Potter <apotter@fnf.law>
**Sent:** Wednesday, July 8, 2026 11:55 AM
**To:** Jabbari, Amir <amir.jabbari@whitecase.com>; Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Christopher Rigali <crigali@stris.com>; John Super <jsuper@fnf.law>
**Cc:** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy <andy.legolvan@whitecase.com>
**Subject:** [EXT] Re: Cambronne - MTD Briefing Schedules

Amir, the allegations in these complaints are well-pleaded and more than plausible. We encourage Anthropic not to proceed with an ill-fated motion to dismiss.

Assuming you do move to dismiss: given the similarity and related nature of the allegations, it makes little sense to us and would waste judicial and party resources to brief and argue the issues five times. We propose instead a single consolidated briefing schedule that accords with what you have listed for Cambronne. As we did for severance. To the extent Anthropic believes that additional pages are needed to address Anthropic's anticipated works-specific defenses, we would be happy to consider such a request.

Should we find a few minutes to discuss? We can put together a submission with competing proposals but would like to reach agreement and we expect the Court will appreciate that.

Best,

Alex

Alex Potter
*Partner*

**Freedman Normand Friedland LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
(t) 646.350.0527
(f) 646.392.8842
(m) 425.478.3870
(@) apotter@fnf.law

**From:** Jabbari, Amir <amir.jabbari@whitecase.com>
**Date:** Tuesday, July 7, 2026 at 8:49 PM
**To:** Lauren Martin <lmartin@stris.com>; Elizabeth Brannen <EBrannen@stris.com>; Jacqueline Sahlberg <jsahlberg@stris.com>; Kyle Roche <kroche@fnf.law>; Alex Potter <apotter@fnf.law>; Christopher Rigali <crigali@stris.com>
**Cc:** Carreyrou-Anthropic <W&CCarreyrou-Anthropic@whitecase.com>; Chaikovsky, Yar <yar.chaikovsky@whitecase.com>; LeGolvan, Andy

<[andy.legolvan@whitecase.com](mailto:andy.legolvan@whitecase.com)>
**Subject:** Cambronne - MTD Briefing Schedules
[EXTERNAL SENDER]

Counsel:

Now that all the cases are related to *Cambronne* we propose the schedule below for briefing Anthropic's motions to dismiss in those cases. If you agree, please prepare a joint stipulation reflecting the same for our review.

| Case | Motion to Dismiss | Response Due | Reply Due | Hearing |
|---|---|---|---|---|
| *Cambronne* | July 30, 2026 | Sep. 28, 2026 | Oct. 19, 2026 | Dec. 10, 2026 |
| *Cognella* | Aug. 13, 2026 | Oct. 5, 2026 | Oct. 26, 2026 | Dec. 14, 2026 |
| *Chicken Soup* | Aug. 27, 2026 | Oct. 19, 2026 | Nov. 2, 2026 | Jan. 7, 2027 |
| *Kwon* | Sep. 10, 2026 | Nov. 2, 2026 | Nov. 16, 2026 | Jan. 14, 2027 |
| *Cruz* | Sep. 24, 2026 | Nov. 16, 2026 | Nov. 30, 2026 | Jan. 21, 2027 |

Thanks,

Amir

**Amir Jabbari** | Associate
**T** +1 6505196488     **E** [amir.jabbari@whitecase.com](mailto:amir.jabbari@whitecase.com)
White & Case LLP | 3000 El Camino Real | 2 Palo Alto Square, Suite 900 | Palo Alto, CA 94306-2109
**WHITE & CASE**

=============================================================================
This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on [https://www.whitecase.com/privacy-policy](https://www.whitecase.com/privacy-policy).

=============================================================================

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

================================================================

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================

This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-

policy.

================================================================================

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

================================================================
============
This email communication (and any attachments) are confidential and are intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning 650-213-0300. Please then delete the email and any copies of it. This information may be subject to legal professional or other privilege or may otherwise be protected by work product immunity or other legal rules. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


================================================================
============